■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS FROST, Appellant. [677 NYS2d 509] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lewis, J.), rendered September 4, 1996, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions are unpreserved for appellate review and, in any event, without merit. O'Brien, J. P., Sullivan, Joy and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHIMATARA GRADY, Appellant. [677 NYS2d 509] —Appeal by the defendant from an amended judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered May 28, 1997, revoking a sentence of probation previously imposed by the same court upon a finding that she had violated conditions thereof, upon her admission, and imposing a sentence of imprisonment upon her previous conviction of criminal possession of a controlled substance in the fifth degree.

Ordered that the amended judgment is affirmed.

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit (*see, People v Jackson,* 106 AD2d 93, 98; *cf., People v Figueroa,* 227 AD2d 501; *People v Cannon,* 208 AD2d 942). Mangano, P. J., Bracken, O'Brien, Pizzuto and Florio, JJ., concur.